JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR VALLEJO,<br>    Petitioner<br>    v.<br>HEIDI M. LACKNER,<br>    Respondent. | Case No. CV 14-7508-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: July 15, 2016

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE